232 So.2d 516

## STATE of Louisiana

v.

### Ira L. BRINLEE.

No. 50464.

March 24, 1970.

In re: Ira L. Brinlee applying for writs of certiorari and mandamus.

Writs Refused. The showing made by relator does not warrant the exercise of our supervisory jurisdiction.